UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) Plaintiff, ) ) vs. ) ) LARRY PORTER RAYMER, ) ) Defendant ) | Cause No. 4:98-cr-4-TWP-VTW |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated February 23, 2016, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.  The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of 3 days, with credit for time served of 3 days.  Thereafter, Mr. Raymer shall be returned to supervised release for a period of nine (9) months with the same terms and conditions previously imposed. Additionally, Mr. Raymer shall serve 240 days in a residential re-entry center and observe all the rules and regulations of such facility. The Court recommends the VOA facility in Evansville, Indiana. Upon completion of the nine (9) months, Defendant's term of supervised release will be completed. Mr. Raymer shall self-surrender to the VOA facility as directed by the US Probation Officer. Until such time, the defendant shall remain on supervised release and remains subject to those terms and conditions.

So ORDERED.

Date:  2/23/2016

*Tanya Walton Pratt*
_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF